UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

HENRY TUCKER,

                     Plaintiff,

       -against-

AMITY HARBOR MARINE, INC.,

                   Defendant.

------------------------------------------------------X

*Civil Action No.*

1:22-cv-04640-JLR

## **NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff, **HENRY TUCKER** and Defendant, **AMITY HARBOR MARINE, INC.,** hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a thirty (30) day order be issued.

Dated: January 9, 2023

By:_____
Bradly G. Marks
The Marks Law Firm, PC
155 E 55th Street, Suite 4H
New York, NY 10022
T:(646) 770-3775